



# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS

**CHIEF JUSTICE**
Ann Crawford McClure

**JUSTICES**
Guadalupe Rivera
Yvonne T. Rodriguez

**CLERK**
Denise Pacheco

EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO AVE., SUITE 1203
EL PASO, TEXAS 79901-2408
(915) 546-2240    FAX (915) 546-2252
E-MAIL: CLERK@8THCOA.TXCOURTS.GOV

October 18, 2013

Hon. Don W. Minton
The Minton Law Firm, P. C.
501 N. Kansas, Suite 205
El Paso, TX 79901

Paul Gay
Law Office of Paul Gay
609 N. Laurel St.
El Paso, TX 79903

RE:  Court of Appeals Number:    08-13-00284-CV
     Trial Court Case Number:    2003CM2325

Style:  In the Interest of A. U., G. U. and F. U., Adult Children

Enclosed is a copy of this Court's order for mediation referral.

Respectfully yours,

DENISE PACHECO, CLERK

Denise Pacheco

By Diana Rodriguez, Deputy Clerk

cc:    The Honorable Laura Strathmann
       Ramona Baca
       Norma L. Favela